**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**JOSEPH HERBERT BARGEMAN #123962** **CASE NO. 25-cv-1878 SEC P**

**-vs-** **JUDGE DRELL**

**SHARON DARVILLE WILSON, ET AL** **MAGISTRATE JUDGE PEREZ-MONTES**

---

**JUDGMENT**

Following a *de novo* review of record, including the Magistrate Judge's Report and Recommendation (Doc. 5), and Bargeman's objections thereto (Doc. 10), it is

**HEREBY ORDERED, ADJUDGED, and DECREED** that Bargeman's Complaint (Doc. 1) is **DENIED AND DIMISSED WITHOUT PREJUDICE.**

In so ruling, we must comment on the somewhat odd status of the docket. In February 2026, we reviewed the Report and Recommendation of January 29, 2026 and initially issued a judgment agreeing with the recommendations of Magistrate Judge Perez-Montes. According to the record, that judgment was sent to Bargeman but could not be delivered. Thus, we could not be sure he received notice that his suit was dismissed. However, on April 6, 2026, a motion for continuance was filed by Bargeman. Although it was not in its true sense an opposition or objection to the Report and Recommendation, we thought it fair to give him the further opportunity to respond. We thus granted the motion and, in the course of things, vacated the judgment of February 20, 2026. Objections were filed, late, on April 28, 2026. We nonetheless reviewed the objections and noted they are essentially a restatement of his claims and do not address the Magistrate Judge's legal conclusions that this action is not cognizable in this court. Thus, as above,

we dismiss the suit in its entirety. We make no judgment on the actual merits of Bargeman's claim if filed in another court ***with*** jurisdiction over his claims.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 2nd day of November 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**